| Loan # | Loan Holder Name | Loan Date | Loan Amount | Loan Type Description | Loan Status Description | Date Entered Repayment | Principal | Interest |
|---|---|---|---|---|---|---|---|---|
| 15 | DEPT OF ED/MOHELA | 2020-11-30 | $ 56,943.00 | DIRECT CONSOLIDATED UNSUB | Bankruptcy, Active | 11/30/2020 | $56,759.00 | |
| 14 | DEPT OF ED/MOHELA | 2020-11-30 | $ 30,845.00 | DIRECT CONSOLIDATED SUB | Bankruptcy, Active | 11/30/2020 | $30,753.00 | |
| 13 | DEPT OF ED/MOHELA | 2019-02-12 | $ 2,125.00 | DIRECT STAFFORD UNSUBSIDIZED | Non-defaulted, Paid in Full via Consolidation Loan | 10/10/2019 | | |
| 12 | DEPT OF ED/MOHELA | 2018-09-18 | $ 8,125.00 | DIRECT STAFFORD UNSUBSIDIZED | Non-defaulted, Paid in Full via Consolidation Loan | 10/10/2019 | | |
| 11 | DEPT OF ED/MOHELA | 2018-09-18 | $ 1,375.00 | DIRECT STAFFORD SUBSIDIZED | Non-defaulted, Paid in Full via Consolidation Loan | 10/10/2019 | | |
| 10 | DEPT OF ED/MOHELA | 2010-08-13 | $ 5,500.00 | DIRECT STAFFORD SUBSIDIZED | Non-defaulted, Paid in Full via Consolidation Loan | 6/21/2011 | | |
| 9 | DEPT OF ED/MOHELA | 2010-08-13 | $ 1,045.00 | DIRECT STAFFORD UNSUBSIDIZED | Non-defaulted, Paid in Full via Consolidation Loan | 6/21/2011 | | |
| 8 | DEPT OF ED/MOHELA | 2009-08-16 | $ 7,000.00 | DIRECT STAFFORD UNSUBSIDIZED | Non-defaulted, Paid in Full via Consolidation Loan | 6/21/2011 | | |
| 7 | DEPT OF ED/MOHELA | 2009-08-16 | $ 5,500.00 | DIRECT STAFFORD SUBSIDIZED | Non-defaulted, Paid in Full via Consolidation Loan | 6/21/2011 | | |
| 6 | DEPT OF ED/MOHELA | 2008-08-10 | $ 6,000.00 | DIRECT STAFFORD UNSUBSIDIZED | Non-defaulted, Paid in Full via Consolidation Loan | 6/21/2011 | | |
| 5 | DEPT OF ED/MOHELA | 2008-08-10 | $ 4,500.00 | DIRECT STAFFORD SUBSIDIZED | Non-defaulted, Paid in Full via Consolidation Loan | 6/21/2011 | | |
| 4 | ASCENDIUM EDUCATION SOLUTIONS, INC | 2007-07-09 | $ 4,000.00 | FFEL STAFFORD UNSUB | Non-defaulted, Paid in Full via Consolidation Loan | 6/21/2011 | | |
| 3 | ASCENDIUM EDUCATION SOLUTIONS, INC | 2007-07-09 | $ 3,500.00 | FFEL STAFFORD SUB | Non-defaulted, Paid in Full via Consolidation Loan | 6/21/2011 | | |
| 2 | ASCENDIUM EDUCATION SOLUTIONS, INC | 2006-06-09 | $ 4,000.00 | FFEL STAFFORD UNSUB | Non-defaulted, Paid in Full via Consolidation Loan | 6/21/2011 | | |
| 1 | ASCENDIUM EDUCATION SOLUTIONS, INC | 2006-06-09 | $ 2,625.00 | FFEL STAFFORD SUB | Non-defaulted, Paid in Full via Consolidation Loan | 6/21/2011 | | |

Hayley D. Roach
Adv Case: 23-50106